AO 442 (Rev. 10/03) Warrant for Arrest

## UNITED STATES DISTRICT COURT
### District of Hawaii

2006 MAY -4 PM 3:54

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 01-00254 DAE (01) |

U.S. MARSHALS SERVICE
HONOLULU, HI.

(01) JOHN MATTHEW KALILIKANE

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST (01) JOHN MATTHEW KALILIKANE and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

Order to show cause why supervision should not be revoked.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 5 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

in violation of Title   United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer/Deputy Clerk | MAY 04, 2006 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at NO BAIL          By: Kevin S. C. Chang, United States Magistrate Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at ____
KAPOLEI, HI.

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-4-06 | GLENN D FERREIRA | [signature] |
| Date of Arrest 5-4-06 | DUSM | |