# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/8/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR01-00254DAE |
| CASE NAME: | USA v. John Matthew Kalilikane |
| ATTYS FOR PLA: | Lawrence Tong |
| ATTYS FOR DEFT: | Shanlyn Park |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 5/8/2006 | TIME: | 2:04-2:07:50pm |

COURT ACTION:   EP: Probable Cause Hearing - defendant present, in custody.

Ms. Park has concerns regarding defendant not being on any medications for a while and she would like a period of time to investigate why his medical insurance lapsed.

The court finds that probable cause exists that defendant violated his terms/conditions of supervised release.

Order to Show Cause Why Supervised Release Should Not Be Revoked set 5/23/06 at 2:15pm before Judge Ezra.  Ms. Park may pursue any issues which should be brought up before Judge Ezra.

Defendant is remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager