# MINUTES

FILED IN THE<br>
UNITED STATES DISTRICT COURT<br>
DISTRICT OF HAWAII<br>
<br>
5/24/2006  4:30 pm<br>
<br>
SUE BEITIA, CLERK

CASE NUMBER:      CR 01-00254DAE

CASE NAME:        USA v. John Matthew Kalilikane

ATTYS FOR PLA:    Larry Tong

ATTYS FOR DEFT:   Shanlyn Park

USPO:             Robin DeMello, Lisa Jicha

---

JUDGE:   David Alan Ezra            REPORTER:   Cynthia Fazio

DATE:    5/24/2006                  TIME:       3:00pm-3:30pm

---

COURT ACTION: EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant John Matthew Kalilikane present in custody. Defendant admits to all violations.

Order to Show Cause Why Supervised Released Should Not Be Revoked-HELD IN ABEYANCE, until moved upon by the Government.

SUPERVISED RELEASE CONDITIONS MODIFIED AS FOLLOWS:

    Defendant to remain at Kaahumanu Community Center until clinically discharged.

Order to be prepared by Ms. Park.

Defendant advised of his right to appeal.

Defendant remanded to the custody of U.S. Marshals.

Defendant to be held in custody until bed space becomes available at Kaahumanu Community Center. When bed space becomes available, defendant to be released to the Office of the Public Defender.

Submitted by: Theresa Lam, Courtroom Manager