PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

SHANLYN A. S. PARK # 6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:        shanlyn_park@fd.org

Attorney for Defendant
JOHN MATTHEW KALILIKANE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 01-00254 DAE |
|---|---|---|
| | ) | |
| Plaintiff, | ) | ORDER MODIFYING |
| | ) | SUPERVISED RELEASE AND TO |
| vs. | ) | RELEASE DEFENDANT TO |
| | ) | TREATMENT PROGRAM |
| JOHN MATTHEW KALILIKANE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER MODIFYING SUPERVISED RELEASE AND
TO RELEASE DEFENDANT TO TREATMENT PROGRAM**

On May 24, 2006, a hearing was held on the Request for Course of

Action regarding supervised release violations.  Defendant John Matthew

Kalilikane admitted the violations.  After hearing argument from Counsel and comments from the U.S. Probation Office,

IT IS HEREBY ORDERED that Defendant John Matthew Kalilikane's conditions of Supervised Release be modified to add the condition that he participate and reside at the Kahumana Community Center until he is clinically discharged.  The violations shall be held in abeyance.

The Office of the Federal Public Defender shall inform the U.S. Marshals Service when the defendant can be admitted to the Kahumana program.  The defendant shall be released to a representative of the Office of the Federal Public Defender to be escorted to the program.

IT IS APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, May 30, 2006.



_____
David Alan Ezra
United States District Judge

APPROVED AS TO FORM ONLY:
/s/ Lawrence L. Tong
LAWRENCE L. TONG
Assistant United States Attorney

UNITED STATES v. JOHN MATTHEW KALILIKANE
Cr. No. 01-00254 DAE
ORDER MODIFYING SUPERVISED RELEASE AND TO
RELEASE DEFENDANT TO TREATMENT  PROGRAM