# AMENDED MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/1/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 01-00254DAE

CASE NAME:       USA v. John Matthew Kalilikane

ATTYS FOR PLA:

ATTYS FOR DEFT:

USPO:

JUDGE:    David Alan Ezra         REPORTER:

DATE:     6/1/2006                TIME:

COURT ACTION:  EO: Order to Show Cause Why Supervised Released Should Not Be Revoked.

SUPERVISED RELEASE CONDITIONS MODIFIED AS FOLLOWS:

Defendant shall remain at the Federal Detention Center until bed space becomes available at Kahumana Special Treatment Facility. At that time the United States Marshal Service shall transport Defendant to the courthouse where he shall be released to a representative of the Federal Public Defender's Office for transport to the treatment facility. Defendant to remain at Kahumana Special Treatment Facility until clinically discharged.

Submitted by:  Theresa Lam, Courtroom Manager