PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

SHANLYN A. S. PARK  #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     shanlyn_park@fd.org

Attorney for Defendant
JOHN MATTHEW KALILIKANE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 01-00254 DAE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | MODIFY CONDITIONS OF |
| vs. ) | SUPERVISED RELEASE |
| ) | |
| JOHN MATTHEW KALILIKANE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION AND ORDER TO MODIFY
CONDITIONS OF SUPERVISED RELEASE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that Defendant John Matthew Kalilikane's conditions of supervised release be modified by deleting the condition that he participate and reside at the

Kahumana Community Center, and replacing it with the condition that he participate and reside at Sand Island Treatment Center until he is clinically discharged. (Kahumana Community Center no longer has a contract with the Adult Mental Health Division and could not accept Mr. Kalilikane for treatment.) Mr. Kalilikane has been accepted to the Sand Island Treatment Center. The violations shall be held in abeyance.

The Office of the Federal Public Defender shall inform the U.S. Marshals Service when the defendant can be admitted to the Sand Island program. The defendant shall then be released to a representative of the Office of the Federal Public Defender to be escorted to the program.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, July 7, 2006.

   /s/ Shanlyn A.S. Park
SHANLYN A. S. PARK
Attorney for Defendant
JOHN MATTHEW KALILIKANE

   /s/ Lawrence L. Tong
LAWRENCE L. TONG
Attorney for Plaintiff
UNITED STATES OF AMERICA

   /s/ Robin L. DeMello
ROBIN L. DEMELLO
Senior U.S. Probation Officer

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, July 7, 2006.



_____
David Alan Ezra
United States District Judge

UNITED STATES v. JOHN MATTHEW KALILIKANE
CR. NO. 01-00254 DAE
STIPULATION AND ORDER TO MODIFY
CONDITIONS OF SUPERVISED RELEASE