AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT

886099

———————— District of Hawaii ————————

UNITED STATES OF AMERICA

V.

JOHN MATTHEW KALILIKANE

(Name and Address of Defendant)

**WARRANT FOR ARREST**

Case Number: **CR 01-00254DAE-01**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 3 1 2006

SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST JOHN MATTHEW KALILIKANE** and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

- use of methamphetamine

- failure to follow instructions of the Probation Officer

- termination from Sand Island Treatment Center without a clinical discharge.

| | |
|---|---|
| Sue Beitia | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *Anna Chang* | August 30, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL

By: David Alan Ezra, United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Sand Island Treatment Center. | | |
| Date Received 08-30-06 | NAME AND TITLE OF ARRESTING OFFICER James T. Sangirardi Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest 08-30-06 | | |