# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/5/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 01-00254DAE |
| CASE NAME: | USA v. John Matthew Kalilikane |
| ATTYS FOR PLA: | Larry Tong |
| ATTYS FOR DEFT: | Shanlyn Park |
| USPO: | Robin DeMello |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 9/5/2006 | TIME: | 9:00am-9:15am |

COURT ACTION:  EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant John Matthew Kalilikane present in custody.

Defendant's Oral request for continuance-GRANTED.  Order to Show Cause Why Supervised Released Should Not Be Revoked-CONTINUED to 9/7/2006 @9:00amDAE.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager