# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/07/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR NO. 01-00254DAE

CASE NAME:        United States of America Vs. John Matthew Kalilikane

ATTYS FOR PLA:    Lawrence L. Tong and Probation Officer Robin DeMello

ATTYS FOR DEFT:   Shanlyn A. Park

INTERPRETER:

JUDGE:   David Alan Ezra           REPORTER:   Cynthia Fazio

DATE:    09/07/2006                TIME:       l0:26am-l0:38am

COURT ACTION:   EP: Order to Show Cause Why Supervised Release should not Be Revoked-Defendant present in Custody.  Court and Counsel discussed about the Defendant returning to a Treatment Center.  This matter continued to 9/19/2006 @l:30 p.m.  Defendant remanded to the Custody of the U.S. Marshal's.

Submitted by Leslie L. Sai, Courtroom Manager