# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/25/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 01-00254DAE

CASE NAME:         USA v. John Matthew Kalilikane

ATTYS FOR PLA:     Gabriel Colwel

ATTYS FOR DEFT:    Shanlyn Park

USPO:                   Robin DeMello

JUDGE:    David Alan Ezra          REPORTER:    Lisa Groulx

DATE:    9/25/2006                      TIME:            10:30am-11:00am

COURT ACTION:   EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant John Matthew Kalilikane present in custody.

Defendant admits to violation No. 1 and violation no. 2.

Order to Show Cause Why Supervised Released Should Not Be Revoked-REVOKED

SENTENCE:

Imprisonment: 9 MONTHS

Supervised Release:   NONE IMPOSED

JUDICIAL RECOMMENDATIONS: FDC Honolulu.  Please release defendant with a 30-day supply of medication.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager