

AO 245D    (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## District of Hawaii

OCT 0 3 2006

at 9 o'clock and __ min __ M
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **JOHN MATTHEW KALILIKANE** | Criminal Number:  1:01CR00254-001 |
| (Defendant's Name) | USM Number:  88184-022 |
| | **SHANLYN PARK, AFPD** |
| | Defendant's Attorney |

## THE DEFENDANT:

[✔]  admitted guilt to violation of condition(s)  _General Condition; and Standard Condition No. 3_  of the term of supervision.

[ ]  was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:  **1434**

Defendant's Residence Address:
**Kapolei, HI 96707**

Defendant's Mailing Address:
**Kapolei, HI 96707**

SEPTEMBER 25, 2006
Date of Imposition of Sentence

_Signature of Judicial Officer_

**DAVID ALAN EZRA**, United States District Judge
Name & Title of Judicial Officer

Oct. 2 2006
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER:     1:01CR00254-001                                                  Judgment - Page 2 of 3
DEFENDANT:     JOHN MATTHEW KALILIKANE

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Admission that he used methamphetamine | 4/13/2006 |
| 2 | Failure to follow instructions | 4/26/2006 |

AO 245B  (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:01CR00254-001 | Judgment - Page 3 of 3 |
| DEFENDANT: JOHN MATTHEW KALILIKANE | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 9 MONTHS

[✔] The court makes the following recommendations to the Bureau of Prisons:
FDC Honolulu.  Please release defendant with a 30-day supply of medication.

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
   [ ] at ___ on ___.
   [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before _ on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal