AO 245B    (Rev. 6/05) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

CASE NUMBER:       1:01CR00254-001                                    Judgment - Page 3 of 3
DEFENDANT:         JOHN MATTHEW KALILIKANE



# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>9 MONTHS</u>

[✔]    The court makes the following recommendations to the Bureau of Prisons:
       FDC Honolulu. Please release defendant with a 30-day supply of medication.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT C...
DISTRICT OF HAWAII
FEB 23 2007
at 3 o'clock and 10 min P
SUE BEITIA, CLERK

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____2-7-07_____ to _____FDC Honolulu_____
at _____Honolulu, HI_____, with a certified copy of this judgment.

_____John T Rothman_____
WARDEN ~~UNITED STATES MARSHAL~~

By _____W. Tsai_____
LIE ~~Deputy U.S. Marshal~~